UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOSEF HEFETZ )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director )<br>U.S. Citizenship and Immigration Services )<br>Et al., )<br>)<br>    Defendants. )<br>) | Case No. 1:08-cv-00610 |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by undersigned counsel, hereby notifies the court that the above-captioned case can be dismissed without prejudice.

Respectfully Submitted,

　/s/ Thomas K. Ragland_____
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Phone: (202) 483-0053
Fax: (202) 483-6801

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOSEF HEFETZ )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director )<br>U.S. Citizenship and Immigration Services )<br>Et al., )<br>)<br>    Defendants. )<br>) | Case No. 1:08-cv-00610 |

**CERTIFICATE OF SERVICE**

I, Thomas K. Ragland, hereby certify that on the 5th day of May, 2008, I filed the foregoing Notice of Dismissal electronically via Electronic Case Filing System.


 /s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036